1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**
                              **for the**
9             **WESTERN DISTRICT OF WASHINGTON**

10

| | |
|---|---|
| MICHAEL THEURICH, individually, | ) ) |
| Plaintiff, | ) ) **NO.** ) |
| v. | ) **COMPLAINT FOR VIOLATION OF** ) **PLAINTIFF'S CONSTITUTIONAL** ) **RIGHTS UNDER 42 U.S.C. §1983** |
| KITSAP COUNTY, a Municipal Corporation organized under the laws of the State of Washington, and CONMED, INC., a Foreign Corporation doing business in Kitsap County, Washington, and BARBARA MULL, and BRUCE KALER, MD, and OFFICER RT#1146, and ARLEN JOHNSON, and C. MCCARTY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

21                 I.   JURISDICTION & VENUE

22   1.1   Plaintiff, MICHAEL THEURICH, is, and at all relevant times

23         was, a resident of Pierce County, Washington.

24   1.2   The defendant, KITSAP COUNTY, is a Municipal Corporation and

25
26         a political subdivision of the State of Washington, and is

27         located in Kitsap County, Washington.

28   1.3   Defendant CONMED, INC., is a Foreign Corporation registered in

           the State of Maryland, doing business in Kitsap County,

**COMPLAINT FOR VIOLATION**
**OF CONSTITUTIONAL RIGHTS**
**UNDER 42 U.S.C. §1983     - Page 1 –**

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1  Washington and with Defendant KITSAP COUNTY.

2  1.4  Defendant BARBARA MULL is a nurse working for CONMED, INC. In
3     fulfilling its contract with defendant KITSAP COUNTY.  She is
4
5     believed to be a resident of Kitsap County, Washington.
6  1.5  Defendant Dr. BRUCE KALER, MD was a doctor working for CONMED,
7     INC.   He is believed to be a resident of Kitsap County,
8     Washington.

9  1.6  Defendant Officer RT#1466, whose true name is presently
10    unknown, is a corrections officer working for Kitsap County,
11    and is believed to be a resident of Kitsap County, Washington.
12 1.7  Defendant ARLEN JOHNSON, ARNP is a medical provider working
13    for defendant CONMED, Inc, and is believed to be a resident of
14    Kitsap County, Washington.
15
16 1.8. Defendant C. MCCARTHY is the Health Services Administrator
17    working for defendant CONMED, Inc, and is believed to be a
18    resident of Kitsap County.
19
20 1.9  All acts and omissions alleged in this complaint occurred in
21    Kitsap County, Washington.
22 1.10 An action herein is a claim brought under 42 U.S.C. §1983, and
23    states a Federal Claim.
24 1.11 Federal Courts have original jurisdiction over this case
25    pursuant to 28 U.S.C. §§ 1331, 1441 and 42 U.S.C. §1983.
26         II.   CAUSE OF ACTION - VIOLATION OF PLAINTIFF'S
27
28         CIVIL RIGHTS UNDER 42 U.S.C. §1983

   2.1  From January 24, 2012 through January 20, 2013, Defendant

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    - Page 2 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1
2
3
4
5

KITSAP COUNTY operated a public jail facility under color of law at 614 Division Street in Port Orchard, Kitsap County, Washington for housing incarcerated inmates for both pretrial and post conviction incarceration.

6
7
8
9

2.2 Defendant KITSAP COUNTY has a non-delegable duty to provide appropriate and necessary medical services to those incarcerated in its jail facility, to ensure the inmates' health, welfare, and safety.

10
11
12
13
14
15
16
17
18
19

2.3 Defendant KITSAP COUNTY contracted with defendant, CONMED, INC., to provide inmate healthcare services in an attempt to meet its duty, at a flat rate of compensation, regardless of medical needs of the inmate population, and the costs thereof. This flat rate of compensation specifically includes an amount for medications for inmates, based not on medications dispensed, but on population in the facility for each month, except specific medical conditions not here relevant.

20
21
22
23

2.4. The practical effect of this flat rate compensation package is that the profit of CONMED, INC. declines for every pill, procedure and expense provided for medical care of inmates, except specific medical conditions not here relevant.

24

2.5 CONMED, INC. is a for-profit corporation.

25
26
27
28

2.6 CONMED, INC has a policy, express or de facto, of delaying and denying medical care pain to increase its profits, and directs or pressures its medical care providers to follow this policy.

2.7 Defendant CONMED, INC., hired and supervised numerous

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    - Page 3 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

employees, including BARBARA MULL, RN, ARLEN JOHNSON, ARNP, Sue Stevens, RN the Health Services Administrator (HSA), and C. McCarthy, RN, PHN, HSA, to act as agents on its behalf in fulfilling its contract with defendant, KITSAP COUNTY.

2.8   Plaintiff MICHAEL THEURICH is a disabled veteran, having served in the United States Air Force. His disability was based in part on Post Traumatic Stress Disorder, as he has seen a lot of death in his career, and has been diagnosed as having Post Traumatic Stress Disorder by the Veteran's Administration.   He has full medical benefits under the Veteran's Administration.

2.9   Plaintiff MICHAEL THEURICH has a history of spinal stenosis directly related to military service, first documented in 1998 by abnormal spine films, and next in 2002 by increasing upper extremity symptoms with numbness and tingling.  On 12/22/11, he was cleared and approved by the VA to have surgery to repair and alleviate this spinal stenosis.   Surgery was planned and scheduled for February 13, 2012.

2.10 Plaintiff MICHAEL THEURICH is an alcoholic, but was abstinent for a long time, from September 2010 until January 23, 2012.

2.11 MICHAEL THEURICH on January 23, 2012 came upon an auto accident on Highway 16 near Gig Harbor.  He viewed a dead person at the scene of the accident.   This triggered his service related Post Traumatic Stress Disorder, causing him great anxiety, for which he self medicated with alcohol.

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983   - Page 4 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

2.12 Plaintiff MICHAEL THEURICH was arrested for driving While under the Influence of Alcohol on January 24, 2012, and was taken to the Kitsap County Jail, where he remained until January 20, 2013.

2.13 Plaintiff MICHAEL THEURICH was held as a pretrial detainee at the Kitsap County Jail from January 24, 2012 until when he was convicted by guilty plea on July 24, 2012, and sentenced on August 7, 2012. He thereafter was serving his sentence until his release on January 20, 2013.

2.14 Plaintiff MICHAEL THEURICH was honest about his medical condition, and advised jail medical staff, Officer Skjordal, performing a medical screening report that he had cervical stenosis.

2.15 Plaintiff MICHAEL THEURICH was honest about his medical condition, and on January 25, 2012 advised jail medical staff, CONMED employee, ARLEN JOHNSON, ARNP, performing an initial health assessment, that he had a history of Degenerative Disk Disease with a an operation scheduled at the Veteran's Administration. ARNP JOHNSON wrote an interdisciplinary progress note that THEURICH said he was in process for a cervical Spine Fusion at Swedish Hospital, and wrote "suggest he apply for furlough for an outside appointment, or reschedule [the surgery]." Johnson said it was "not emergent."

2.16 On January 27, 2012, THEURICH submitted an Inmate Requests

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    – Page 5 –

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1    form (kite) to jail administration as follows:

2         Medical Liason, Jail staff, and classification.

3         Medical furlough; Have scheduled since 22 Dec.
4         11 cervical (Seattle) spine, cervical
          laminopectomy on 13 Feb. 12, 0530, Swedish
5         Hospital, James Tower, Seattle, Neuroscience
          Institute, Dr. John Hsiag [Hsiang], 4 days
6         hospital with 3 to 4 mo convalescence-
7         recuperation. A 31 Jan 12, preop appt. withe
          VA primary care Dr. Christina Howard, CBOC
8         Federal Way - Dept VA.

9

10   Officer 1466, initials RT, responded on February 1, 2012 as

11   follows:

12        "? (FORWARDED) You must contact your attorney
          regarding your furlough."
13

14   2.17 That same day, January 27, 2012, Plaintiff THEURICH submitted

15   a CONMED, INC. Form "Health Services Request" (kite) stating:

16        cervical stenosis and numbness lost feeling in
          arms, muscle twitch and heavy legs. MEDICAL
17        FURLOUGH REQUEST. Spinal Surgery confirmed
18        since 22 Dec. 11 at Swedish Hospital Cherry
          hill, Neuroscience institute, Dr. John Hsaing
19        [Hsiang], RN Katie Rupe, and Jayne Choi.
          Primary Provider Federal Way CBOC - VA, Dr.
20        Christina Howard. Preop lab & tests 31 Jan.
21        12, operation 13 Feb 12 05:30- cervical
          laminectomy. Service connected veteran with
22        cervical stenosis condition. Operation
          scheduled on 13 Feb 05:30. Primary Care
23        clearance appt 31 Jan. 12 -labs (Dr. Christina
24        Howard). Cardiologist clearance after 31 Jan.
          12 request Dr. John Hsaing [Hsiang], Swedish
25        Neuroscience Institute on a fee service 4 day
          hospital stay w/3-4 months recoup and
26        physical therapy.

27

28   On February 1, 2012, RN BARBIE MULL responded for CONMED, INC.

     in writing to this kite, ranking it as requiring a chart

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    - Page 6 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1  review, non urgent.  She wrote in reply:

> Medical does not do furloughs.  That is worked
> out with your lawyer and the courts.  Sign a
> release so we can review your current records.

The records were already in possession of CONMED, INC.

2.18 On January 31, 2012, a CONMED Employee, a Mental Health Professional whose name cannot be deciphered, noted in the initial evaluation and treatment plan:

> Medical history: cervical stenosis; numbness
> in arms; twitching

2.19 On January 31, 2012, a CONMED Employee, Dr. Vondran, MD, noted in his psychiatric assessment:

> Avis III: Cervical   stenosis, parasthesia,
> Muscle twitching

2.20 Plaintiff THEURICH was unable to obtain a furlough as his public defender did not feel this was within the scope of his employment or funding.  Further, his attorney does not have an obligation to provide medical care to MICHAEL THEURICH, as do KITSAP COUNTY, CONMED, INC. and its employees.  No other person made arrangements for Mr. THEURICH to be released.  THEURICH was prevented from attending the required surgery by his incarceration,

2.21 The scheduled operation passed on February 13, 2012 with no surgery occurring.  No alternate date was arranged by CONMED, INC., or its employees, for surgery to occur.  The cervical spinal stenosis went unrepaired.

2.22 On August 16, 2012, Plaintiff submitted an addition Inmate

**COMPLAINT FOR VIOLATION**
**OF CONSTITUTIONAL RIGHTS**
**UNDER 42 U.S.C. §1983   - Page 7 -**

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1    Request to Jail staff as follows:

2           Nature   of   Request:   Medical   Liaison,
3           classification, jail Staff
            Re: See previous Kite 27 Jan. 12.   Now that
4           I'm sentenced; when and how can I get my
            cervical laminectomy which was scheduled for
5           13 Feb 12 05:30 a.   I have no lawers because
            I'm now in the sentenced phase.   I need care
6           to prevent further numbness, partial paralysis
            and spinal chord nerve damage.   I asked for a
7           medical furlough in Jan 27, 2012 (2 kites -
8           submitted in Jan 12).

9    There is a hand written notation by jail staff: "MEDICAL"

10   "Returned per officer Slippers"

11
     2.23 On August 16, 2012, Plaintiff THEURICH submitted another kite
12        on a medical form: Health Services Request.  He described his
          health problem as follows:
13
            Cervical Stenosis; On 27 Jan. 2012 I submitted
14          a medical kite and inmate kite in which I had
            surgery scheduled for cervical laminectomy on
15          13 Feb 12.   Now that I'm sentenced when and
            how can I get this required care to prevent
16          further numbness and paralysis?   (I have no
            more attorney on this criminal matter) trial
17          phase over
18

19   The reply on August 17, 2012 from CONMED employee Barbie Mull,

20   RN was as follows:

21          Scheduled for release 1/10/13.   Your records
22          indicate neck surgery  schedule for February
            2013.   I will schedule you to be seen by our
23          provider to discuss your concerns.

24   2.24 Plaintiff THEURICH was seen by DR. BRUCE KALER, MD on August

25     20, 2012.  He wrote on the progress interdisciplinary notes:
26
            Wanted to discuss when he will have neck
27          surgery.   As previously discussed scheduled
            after his release which maybe Jan 2013.
28
            Assessment: Cervical Radiculitis
            Plan: Naproxen 500 mg twice daily as needed

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983   - Page 8 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

2.25 Plaintiff THEURICH put in another Health Services Request form
on October 10, 2012 describing his health problem:

> My Naproxen is no longer providing
> inflammatory relief from pain due to my
> cervical stenosis condition. January 2012 I
> asked for a medical furlough to complete my
> scheduled operation. By my pain feeling, now
> worse, I fear my risks of numbness or partial
> paralysis is getting worse as time continues.

On October 12, 2012 CONMED employee Barbie Mull, RN, replied
that she will schedule with the provider for a followup.

2.26 On October 19, 2012 CONMED employee Dr. Kaler, MD, saw
plaintiff and noted:

> Persistent and longstanding cervical
> radiculitis bilaterally upper extremity. Some
> initial help from Naproxen, now bit worse.
> Had trial of Tegritol few years ago, but no
> response and no side effects. No change in
> physical findings. Reviewed VA record of C-
> spine MRI + EMG. Assessment: Cervical
> Radiculitis. Plan: continue Naproxen 500
> twice a day as needed. Begin Gabapentin 300
> mg once in the evening. Re-evaluate in one
> week. Consider increase weekly by 300 mg per
> day.

2.27 On October 26, 2012 DR. KALER saw Plaintiff THEURICH again,
making the following notations:

> Assessment: Cervical Radiculitis, Chronic
> Plan: Increase Gabapentin 300 mg, twice a day

2.28 Plaintiff THEURICH sought help by another Health Services
Request on November 7, 2012, stating:

> Dr. said I'd have another followup on 2 Nov.
> about Gabapentin- neuralgia/stenosis. Already
> past date. When?

On November 8, 2012 CONMED employee BARBIE MULL, RN, replied

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    - Page 9 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1    as follows:

2         Sorry for the delay, you are scheduled soon.

3    On November 9, 2012, DR. KALER saw Plaintiff THEURICH again,

4    making the following notations:

5

6         Assessment: Cerv. radiculitis
         Plan: Increase Gabapentin 600 mg PM + 300mg in AM.
7         Re-eval 2 wks.

8    2.29 Plaintiff THEURICH sought help by another Health Services

9    Request on November 16, 2012, stating:

10        Didn't get called out for 16 Nov follow up on
11        cervical stenosis and medication follow-up
         again. Current meds not working – still
12        painful rt arm/shoulder.

13   On November 19, 2012 CONMED employee BARBIE MULL, RN, replied

14   as follows:

15
         Assessment: The provider said to re-evaluate you in
16        2 weeks from your last clinic visit on 11-9-12.
         That will be 11-23-12.
17
         Plan: I do not see that you were scheduled on
18        11/16/12 for follow up. Will refer this to the
19        provider for review.

20   On November 23, 2012, CONMED employee RN Marquins saw

21   Plaintiff THEURICH in clinic, making the following notations:

22        Inmate at clinic for follow up R/T cervical
23        stenosis. Temp 98.5°, BP 130/84, HR 84.

24   DR. KALER wrote a Physician's Order on the same date to:

25        Resume Gabapentin 300mg tid x 30 days.
26        Add Hydrochlorothiazide 25mg qAM x 30 days.
         Recheck in clinic 11-30-12.
27
28   On November 30, 2012, Dr. Kaler saw Plaintiff THEURICH in

     follow up on peripheral neuropathy, making the following

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    – Page 10 –

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1    notations:

2        Assessment: Cerv. Radiculitis.
3        Plan:   Resume   Gabapentin   300mg   tid,   add
         hydrochlorothiazide 25mg qd, consider increase
4        Gabapentin in one week.

5    2.30 Plaintiff THEURICH sought help by another Health Services

6    Request on December 3, 2012, stating:

7        30 Nov 12 follow up per Dr. Kaler.  Still
8        retaining water, swollen ankles.  Still pain
         in arms.
9

10   On December 5, 2012 CONMED employee Barbie Mull, RN, replied

11   as follows:

12       Sorry  for  the  delay,  you  are  scheduled  this
         week.
13

14   On December 7, 2012, DR. KALER saw Plaintiff THEURICH again,

15   making the following notations:

16       Assessment: Cerv. radiculitis; Peripheral edema, no
         sx phlebitis
17

18       Plan:  Increase  Gabapentin  600mg  tid.   Increase
         Hydrochlorothiazide to 50mg qAM.  Add KCL (liquid
19       potassium chloride) 20meq BiD.  Continue Naproxen
         500mg BiD.  Re-eval one week.
20

21   2.31 Plaintiff THEURICH sought help by another Health Services

22   Request on December 21, 2012, stating:

23       Swollen left leg, near knee and ankles.  Some pain
24       increase.  (3rd time to ask for follow up.)  Left
         shoulder pain and left neck pain.  Same problem
25       from earlier - no better.

26   On December 24, 2012 CONMED employee JW Marquins, RN, replied

27   as follows:

28       We will schedule to be seen at clinic.

2.32 Plaintiff THEURICH filed an Inmate Grievance Form (Tracking

**COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983   - Page 11 -**

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1    No.  2012-508) on December 21, 2012, stating:

2
            In the last 3 weeks, I've had swelling in the ankle
3           and knee, burning sensations in the left leg.  This
            is the 3rd time I've had to ask for follow ups on
4           this care.  However on each visit the Dr. tells me
            he will follow up on the progress of how the
5           medicines are working and the pain.  I'm not
            getting those follows in a timely manner as the
6           doctor told me.  I'm concerned this current
            situation is related to my stenosis as I indicated
7           27 Jan 2012.  Last week, a fasting blood draw was
            taken.  I haven't been informed on how this may
8           result or may not result to the declining stenosis
            condition.  My concern is that a less effective
9           course of treatment is in progress, whereas my
            neurosurgery doctor at Swedish Neuro Surgery
10          Institute has already ordered surgery for 13 Feb
            2012.  My fear continues that this delay of earlier
11          treatment is now not giving me a realistic
            opportunity to be cured.  Delaying follow ups only
12          contributes to my declining condition, unknown
            nerve damage, or increase in pain.  If this clinic
13          cannot provide this service, then schedule with my
            neurosurgeon or medical furlough to get need of
14          care.

15
     Officer RF #1418 received the Inmate Grievance Form 12/24/12
16
     at 0930 and assigned the grievance to CONMED HSA on 12/24/12.
17
     On January 3, 2013, CONMED employee C. MCCARTHY, RN, PHN,
18
     Health Services Manager, replied as follows:
19
            On Dec. 7, 2012, you were seen by the doctor for
20          swelling in your lower legs - left worse than the
            right.  The doctor increased your medication in an
21          attempt to decrease the swelling and scheduled you
            for re-evaluation in one week.  Our concern was
22          that you may have a blood clot.  You were checked
            twice following that time, and an ultrasound was
23          ordered to rule out a blood clot.  You had an
            ultrasound of your leg today, which was negative
24          for a blood clot.  You are scheduled for a follow
            up visit with Dr. Kaler to decide your next step in
25          treatment.

26   On January 7, 2013, Kitsap County Jail Lieutenant ROXANNE
27
28

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983   - Page 12 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1    PAYNE #1401 marked the grievance "Not Sustained."

2  2.33 Plaintiff THEURICH filed an Inmate Grievance Form (Tracking

3    No.  2013-023) on January 10, 2013, stating:

4

5        Health Services Manager only addressed my course of
         care for the swelling on my leg.  However, the
6        focus of my problem/complaint is that I have had to
         make  additional  kites  to  "remind"  of  weekly
7        appointments.  On review of previous kites, 10 Oct
         2012, I had to submit a kite to be seen when the
8        doctor told me I would be seen a week earlier than
         the kite was written.  On 7 Nov 12, I submitted a
9        second kite to be seen.  CONMED answered on 8 Nov
         12:  sorry for delay.  On 16 Nov I submitted
10       another to which I thought I would be seen 9 Nov
         12.  The doctor has been doing weekly appointments
11       to monitor my pain.  The appt person rather put me
         in for appt on 23 Nov.  On 21 Dec I had submit a
12       3rd kite to be seen on the pain and a new swelling
         problem.  My concern, this is a repeated oversight
13       or  problem  with  lasting  impact  on  my  pain.
         Finally,  on  16  Aug  12  you  (CONMED)  stated  my
14       records indicate surgery for Feb 2013.  I'm 3 weeks
         from February 2013.  When is my pre-op scheduled
15       and when is my surgery date?  Most surgeries are
         scheduled 2 to 3 months in advance.  CONMED has
16       known my condition since 27 Jan 2012.  My pain has
         not  changed  and  worsened  since  the  start  on
17       gabapentin.  I would like to know what date my
         pre-op and surgery is on, based on what I asked on
18       the 16 Aug 2012 med kite and previous kites.
19

20

21       Officer #1415 received the Inmate Grievance Form 01/11/13

22   at  1012  and  assigned  the  grievance  to  Jail  Medical  on

23   01/11/13.  At the top of page 2 is a received stamp with the

24   date of Jan 11 2013.

25   On January 21, 2013, CONMED employee C. MCCARTHY, HSA, replied

26   as follows:

27

28       Your surgery is scheduled for after your release, which
         was supposed to be in January 2013.  That is what Dr.
         Kaler wrote in your chart in August 2012.  You have been
         treated for cervical radiculitis for a few years.  I have

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    - Page 13 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1
2
only been the manager since November so I am only
familiar with your leg injury.

3
4
5
On January 24, 2013, Kitsap County Jail Lieutenant Roxanne
Payne #1401 marked the grievance "Not Sustained," and noting
that Plaintiff THEURICH was released 01/20/13.

6
7
8
2.34 The stated surgery date of February 2013 had never been
scheduled.

9
10
11
2.35 Despite repeated requests and complaints about his ongoing
stenosis symptoms, no surgical relief was provided while
Plaintiff MICHAEL THEURICH was incarcerated.

12
2.36 According to Dr. Zhang, MD on July 1, 2013:

13
14
15
16
17
18
The patient [MICHAEL THEURICH] had an MRI scan
more than a year ago and also had a repeat MRI
scan recently.  Comparison of the imaging
studies shows a clear progression of cervical
stenosis and cord compression, course signal
changes due to disc herniation and spondylosis
with hypertrophied facets.  On the latest MRI
scan, the patient is starting to lose the
lordotic feature on the cervical spine.

19
20
The surgery needs to be done in a sooner than
later fashion since the patient has this
progressive cervical myelopathy.

21
2.37 According to Dr. Robert Buckley, MD on July 1, 2013:

22
23
24
25
26
He [MICHAEL THEURICH] is quite symptomatic on
presentation with marked atrophy of his hand
muscles, significant paresthesias, and
bilateral upper extremity weakness.  The
symptoms are quite disabling, and he has not
been able to work since being released from
jail.

27
28
2.38 After his release from jail, the VA needed to, from the
beginning, medically work up, screen, and approve surgery for
Plaintiff MICHAEL THEURICH.  Surgery to repair the spinal

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983   - Page 14 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

stenosis was not able to be accomplished until October 8, 2013.

2.39 The surgery was more extensive than the surgery planned in February 13, 2012 as there had been a clear progression of the myelopathy due to lack of surgical intervention while in jail.

2.40 Defendants KITSAP COUNTY and CONMED, INC., and CONMED INC. Employees Dr. BRUCE KALER, MD, BARBARA MULL, RN, Kitsap County Officer RT, #11466, ARNP ARLEN JOHNSON, and HSA C. MCCARTHY were deliberately indifferent to the suffering of Plaintiff MICHAEL THEURICH.  The failure by Defendants KITSAP COUNTY, and CONMED, INC., and CONMED, INC.'s agents and staff to take timely, reasonable, inexpensive and appropriate steps to ameliorate, mitigate and avoid the effects of spinal stenosis constitutes deliberate indifference to his medical needs, and was a violation of the rights of the plaintiff.

2.41 KITSAP COUNTY and CONMED, INC. have a policy of requiring incarcerated inmates to arrange their own medical care by obtaining furloughs for medical care when it is the responsibility of KITSAP COUNTY to ensure that their medical needs are met.  This policy is in violation of the inmate's constitutional rights under the 14th and 8th Amendments to the United States Constitution, and is in violation of RCW 70.48.130(7), and results in unmet medical needs of incarcerated persons.  This policy resulted in unmet medical needs of Plaintiff MICHAEL THEURICH.

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983    - Page 15 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

2.42 Deliberate indifference to the serious medical needs of prisoners constitutes unnecessary and wanton infliction of pain proscribed by the Eighth Amendment of the United States Constitution to be free from cruel and unusual punishment, made applicable to the States by the Fourteenth Amendment. Plaintiff MICHAEL THEURICH, as both a post conviction detainee, and as a pretrial detainee on the Kitsap County charge, has also been denied Due Process of Law under the Fifth and Fourteenth Amendments in imposition of such punishment upon him. These deprivations were also in derogation and contrary to 42 U.S.C. §1983.

2.43 Plaintiff MICHAEL THEURICH is entitled to damages for medical and other special expenses, pain and suffering, progressive cervical disease and disability and general damages proximately resulting from the acts of the defendants, including costs of suit and reasonable attorney fees under 42. U.S.C. §1988.

### III. PRAYER FOR RELIEF

For the reasons stated above, Plaintiff MICHAEL THEURICH prays for the following relief:

3.1 For judgment against each of the defendants, jointly and severally, for monetary special damages in an amount to be determined at trial.

3.2 For judgment against each of the defendants, jointly and severally, for general compensatory damages in an amount to be

**COMPLAINT FOR VIOLATION**
**OF CONSTITUTIONAL RIGHTS**
**UNDER 42 U.S.C. §1983    - Page 16 -**

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile

1   determined at trial;

2   3.3  For judgment for punitive damages against each of the
3   defendants, jointly and severally, in an amount to be
4   determined at trial;
5
6   3.4  For attorney fees and costs authorized by statute, including
7   reasonable attorney's fees pursuant to 42 U.S.C. §1988;

8   3.5  For such other relief as the court deems just.

9

10   Dated this 13th day of February, 2015.

11

12

13   ANTHONY C. OTTO, WSBA 11146
   Attorney for Plaintiff
14   P.O. Box 1368
   Port Orchard, WA  98366
15   tony@anthonyotto.com
   (360) 876-5566 - Telephone
16   (360) 895-8589 - Facsimile

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. §1983   - Page 17 -

Anthony C. Otto
Attorney at Law
Post Office Box 1368
Port Orchard, WA 98366
(360) 876-5566 Telephone
(360) 895-8689 Facsimile