UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL THEURICH,<br><br>            Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY, CONMED, INC., BARBARA MULL, BRUCE KALER, ARLEN JOHNSON, C MCCARTY, OFFICER RT #1146,<br><br>            Defendants. | CASE NO. C15-5097 RJB-JRC<br><br>ORDER GRANTING STIPULATED MOTION |

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

      Currently before the Court is a stipulated motion asking the Court's to allow for withdrawal and substitution of counsel (Dkt. 13). Pursuant to the parties' stipulation, the Court allows Kitsap County Deputy Prosecuting Attorneys, Ione S. George and Christine M. Palmer to

1 withdraw from this action.  The Court replaces the attorneys who have withdrawn with Heather
2 M. Jensen, who is now the attorney of record for Kitsap County.

3       The Court directs the clerk's office to note the substitution of counsel on the Court's
4 electronic filing system.

5       Dated this 22nd day of April, 2015.

                                                              J. Richard Creatura
                                                               United States Magistrate Judge