UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL THEURICH, individually,<br><br>                    Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY, a Municipal Corporation organized under the laws of the State of Washington, and CONMED, Inc., a Foreign Corporation doing business in Kitsap, County, Washington, and BARBARA MULL, BRUCE KALER, M.D., OFFICER RT #1146, ARLEN JOHNSON, and C. MCCARTY,<br><br>                    Defendants. | No. C15-5097 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 23. The Court has reviewed the Report and Recommendation, and objections (Dkt. 27), and the remaining record.

      Plaintiff brings this civil rights case pursuant to 42 U.S.C. §1983 alleging that Defendants violated his Eighth Amendment rights while he was in custody at the Kitsap County, Washington jail. Dkt. 1. Defendant Officer RT #1146 moved for dismissal based on insufficient service of process under Fed. R. Civ. 12 (b)(5) and for failure to state a claim under Fed. R. Civ. P. 12 (b)(6). Dkt. 18. Plaintiff responded (Dkt. 20), Defendant Officer RT #1146 replied (Dkt. 21), and on July 23, 2015, the Report and Recommendation (Dkt. 23) was filed. The facts are in that Report and Recommendation (Dkt. 23, at 1-4) and are adopted here.

ORDER - 1

The Report and Recommendation recommends denying both motions without prejudice. Dkt. 23.  It urges allowing time for Plaintiff to conduct discovery to determine the identity of Defendant Officer RT #1146.  Dkt. 23.  It recommends the Court deny the motion for failure to state a claim against Officer RT #1146 because Plaintiff's Complaint alleges sufficient facts to state a claim.  *Id.*  Defendant Officer RT #1146 files objections, raising the same arguments made in support of the motion.  Dkt. 27.

The Report and Recommendation (Dkt. 27) should be adopted, and for the reasons provided therein, the Defendant Officer RT #1146's motion to dismiss (Dkt. 18) should be denied without prejudice as premature.  The Report and Recommendation sufficiently addresses the issues raised in the objections.

This case should be re-referred to Magistrate Judge J. Richard Creatura for further proceedings.

**IT IS ORDERED**:

1. The Report and Recommendation (Dkt. 23) is **ADOPTED**.

2. Defendant Officer RT #1146's motion to dismiss (Dkt. 18) is **DENIED WITHOUT PREJUDICE.**

3. This case is **RE-REFERRED** to Magistrate Judge J. Richard Creatura for further proceedings**.**

4. The Clerk is directed to send copies of this Order to all counsel of record and to the Hon. J. Richard Creatura.

**DATED** this 17th day of August, 2015.

ROBERT J. BRYAN
United States District Judge

ORDER - 2