UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHAEL THEURICH, individually,

      Plaintiffs,

v.

KITSAP COUNTY, a municipal corporation organized under the laws of the State of Washington, CONMED, INC., a foreign corporation doing being business in Kitsap County Washington, BARBARA MULL, BRUCE KALER, M.D., OFFICER RT #1146, ARLEN JOHNSON, C. MCCARTY,

      Defendants.

CASE NUMBER: C15-5097RJB

JUDGMENT IN A CIVIL CASE

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment (Dkt 61) is GRANTED. Plaintiff's claims are DISMISSED. This case is DISMISSED.

May 5, 2016

WILLIAM M. McCOOL
CLERK

/s/ Dara .Kaleel
By Dara L. Kaleel, Deputy Clerk